IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re. ALONZO EVANS,<br><br>  Plaintiff. | No. C 06-6377 MMC (PR)<br><br>**ORDER OF DISMISSAL; INSTRUCTIONS TO CLERK** |

On October 11, 2006, the Clerk of the Court opened the above-titled civil action based on a declaration plaintiff, a California prisoner proceeding pro se, had submitted for filing without including therein the number of any existing case. That same day, the Clerk notified plaintiff that he had not filed a complaint or petition, and that if he did not do so within thirty days, the instant action would be dismissed. On October 18, 2006, plaintiff filed a declaration in two earlier-filed cases pending in this court, Case Nos. C 06-5069 MMC (PR) and C 06-5070 MMC (PR), stating he had intended to file the October 11, 2006 declaration in those cases and requesting that copies thereof be filed in Case Nos. C 06-5069 MMC (PR) and C 06-5070 MMC (PR), further observing that such declaration "cannot serve as a new civil complaint."

Good cause appearing, plaintiff's request is hereby GRANTED; the instant matter is hereby DISMISSED; and the Clerk is hereby DIRECTED (1) to file copies of the above-referenced October 11, 2006 declaration in Case Nos. C 06-5069 MMC (PR) and C 06-5070 MMC (PR) and (2) to file a copy of the above-referenced October 18, 2006 declaration in the instant action and thereafter to close the file.

IT IS SO ORDERED.

DATED: November 2, 2006

_____
MAXINE M. CHESNEY
United States District Judge